IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.* EX REL. H. Edmund Pigott, <br><br>Plaintiff-Relator, <br><br>vs. <br><br>FOREST PHARMACEUTICALS, INC., <br><br>Defendant | § § § § § § § § § § § § § § § § |

Civil Action No. WMN-11-717

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 FEB -3 P 11: 12
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Prior to service of the Complaint, an Answer, or any dispositive motion, Relator hereby files the instant notice voluntarily dismissing without prejudice the above-entitled case pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Pursuant to 31 U.S.C. § 3730(b)(1), an action brought under the False Claims Act, 31 U.S.C. § 3729 *et seq.* may be dismissed "only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Relator has conferred with the United States and understands that the Unites States consents to this dismissal, so long as it is without prejudice. However, Relator expects the United States will file its own pleading confirming its consent to dismissal without prejudice in this matter.

Respectfully submitted,

**UNITED STATES OF AMERICA ex rel.
H. Edmund Pigott, Relator**

Dated: February 2, 2012

BY: _/s/ George Tankard, III_
George G. Tankard, III (#03835)
Waters & Kraus, LLP
315 North Charles Street
Baltimore, MD 21201
Tel: 410-528-1153
Fax: 410-528-1006
gtankard@waterskraus.com

Wm. Paul Lawrence, II (TX 24004130)
Waters & Kraus, LLP
37163 Mountville Rd.
Middleburg, VA 20117
Tel. 540-687-4190
Fax. 540-687-4198
plawrence@waterskraus.com

**COUNSEL FOR RELATOR H. EDMUND PIGOTT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2012, a true and correct copy of the Notice of Voluntary Dismissal Without Prejudice was served upon counsel of record, on the attached service list, via certified mail return receipt requested.

_/s/ George Tankard, III_
George G. Tankard, III